**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION | Case: 1:26-mc-00145<br>Assigned To : Boasberg, James E.<br>Assign. Date : 10/15/2026<br>Description: Misc. |
|---|---|

**STATEMENT PURSUANT TO FRCP RULE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff The New York Times Company, a publicly traded company, certifies that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: October 14, 2026

Respectfully submitted,

/s/ *Dana R. Green*
Dana R. Green (#1005174)
John M. Browning (*pro hac vice* forthcoming)
Alexandra M. Settelmayer (*pro hac vice* forthcoming)
Courtney C. Douglas (*pro hac vice* forthcoming)
The New York Times Company
620 8th Avenue
New York, NY 10018
Telephone: (212) 556-5290
Facsimile: (212) 556-4634
dana.green@nytimes.com
jack.browning@nytimes.com
alexandra.settelmayer@nytimes.com
courtney.douglas@nytimes.com

*Counsel for The New York Times Company*

RECEIVED
OCT 15 2026
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia