UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. 1:26-mc-00144 (JEB) |
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION | Case No. 1:26-mc-00145 (JEB) |
| IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | Case No. 1:26-mc-00147 (JEB) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' motion for an extension of time to respond to the pending request to access sealed search warrant documents, and the entire record herein, it is hereby

ORDERED that the United States' motion is GRANTED, and it is further

ORDERED that the United States file a status report within thirty days of when the warrant's execution is complete, and it is further

ORDERED that the parties shall confer within seven days of the filing of the foregoing status report about appropriate next steps and then jointly file, by the seventh day following the United States' status report, a status report offering their respective proposals for next steps; [OR]

ORDERED that the United States' response to the application is due on or before November 9, 2026.

__________________________
Date

____________________________________
JAMES E. BOASBERG
Chief United States District Judge