UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS | Case No. 1:26-mc-00144 (JEB) |
| IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION | Case No. 1:26-mc-00145 (JEB) |
| IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE | Case No. 1:26-mc-00147 (JEB) |

**ERRATA**

The United States' just-filed extension motion indicated that notice of the Application was not received until October 16, 2026. The United States submits this additional errata to further explain that statement. On October 14, 2026, counsel for the New York Times Company emailed an Assistant United States Attorney at the U.S. Attorney's Office for the District of Columbia to alert them to the Application. That evening, having been forwarded the communication, the Chief of the Criminal Division at the U.S. Attorney's Office acknowledged receipt. Word did not reach the attorney principally handling this matter until October 16, 2026.

Relatedly, on October 16, 2026, Judicial Watch, Inc. gave notice of its application to the Civil Division of the U.S. Attorney's Office by emailing USADC.ServiceCivil@usdoj.gov.

The United States regrets any confusion that may have caused. This discrepancy does not materially alter the bases for why the extension requested is warranted in this matter.

Dated: October 21, 2026

JEANINE FERRIS PIRRO
United States Attorney

*s/ Peter Pfaffenroth*
PETER PFAFFENROTH
Chief, Civil Division
D.C. Bar No. 496637
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2513
Email: peter.pfaffenroth@usdoj.gov

*s/Alessandra P. Serano*
ALESSANDRA P. SERANO
Associate Deputy Attorney General
U.S. Department of Justice
Email: Alessandra.serano2@usdoj.gov

*s/ G. A. Massucco-LaTaif*
G. A. MASSUCCO-LATAIF
Chief, Criminal Division
PA Bar Number 70718
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-7066
Email: George.Massucco@usdoj.gov