**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION OF<br>THE NEW YORK TIMES COMPANY<br>IN THE MATTER OF REP. ILHAN OMAR<br>INVESTIGATION | No. 1:26-mc-00145 (JEB)<br><br>Chief Judge James E. Boasberg |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alexandra M. Settelmayer, who has been admitted to practice in this Court *pro hac vice*, respectfully enters her appearance as counsel for Proposed Media Intervenor The New York Times Company in the above-captioned matter.

Dated: October 22, 2026

*/s/ Alexandra M. Settelmayer*

Alexandra M. Settelmayer
Legal Department
The New York Times Company
620 Eighth Avenue
New York, NY 10018
Phone: (332) 237-8472
Fascimile: (212) 556-4634
Email: alexandra.settelmayer@nytimes.com

*Counsel for The New York Times Company*