**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **APPLICATION OF FOURTEEN PRESS ORGANIZATIONS FOR ACCESS TO SEALED SEARCH WARRANT RECORDS** | **Case No. 1:26-mc-00144 (JEB)** |
| **IN RE APPLICATION OF THE NEW YORK TIMES COMPANY IN THE MATTER OF REP. ILHAN OMAR INVESTIGATION** | **Case No. 1:26-mc-00145 (JEB)** |
| **IN THE MATTER OF THE SEARCH OF ILHAN OMAR'S WASHINGTON, D.C. RESIDENCE** | **Case No. 1:26-mc-00147 (JEB)** |

**NOTICE OF APPEARANCE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Alessandra P. Serano is entering her appearance in the above-captioned matter as counsel for the United States.

DATED: October 22, 2026

Respectfully submitted,
JEANINE FERRIS PIRRO
United States Attorney

____________/S/_______
Alessandra Serano
Special Assistant United States Attorney
CA Bar No. 204796
950 Pennsylvania Ave, NW
Washington, D.C. 20530
alessandra.serano2@usdoj.gov
(202) 353-3530